# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| IN RE: | Case No. 23-11877 |
| Apollonia A. Opoku | Chapter 7 |
| Debtor | Judge Beth A. Buchanan |

## APPLICATION TO APPOINT GOERING & GOERING, LLC AS ATTORNEY FOR TRUSTEE

Comes now Eric W. Goering, the Trustee in the above-referenced proceeding, and request authorization, pursuant to 11 U.S.C s 327(a) and Bankruptcy Rule 2014, to employ Eric W. Goering and the law firm of Goering & Goering, LLC, 220 W. Third Street, Cincinnati, Ohio 45202, as attorney for the Trustee. (Jointly "G&G")

The Trustee represents that his employment of G&G as attorney is in the best interest of the estate. The rate for services will be no more than $550.00 per hour, subject to the Court's approval. No attorney fees of any kind have been paid to G&G in this case to date.

G&G are disinterested parties who do not hold or represent an interest adverse to the estate, as set forth in his Affidavit, which is attached hereto and incorporated herein as Exhibit A.

The Debtor has an interest in a house located at 146 Chestnut Street, Hamilton, Ohio 45011 ("The "Real Estate").

The Real Estate is currently titled in the name of Debtor's father who passed away on October 4, 2018, and her mother who passed away on March 7, 2013. The Real Estate needs to be transferred into the father's name by survivor's

deed and then a probate estate needs to be opened to transfer the Real Estate into the Debtor's name for administration.  There are currently no liabilities against the property and no insurance.

In order to secure the property and secure insurance, G&G will need to advance funds.  G&G proposes to keep detailed record of all payments and will request reimbursement of the costs as part of a fee application that will be filed with the Court.

WHEREFORE, the Trustee respectfully requests that an Order be entered authorizing the employment of Goering & Goering, LLC as attorneys for the Trustee as set forth above.

*/s/ Eric W. Goering*
Eric W. Goering, Goering & Goering
220 West Third Street
Cincinnati, Ohio 45202
513-621-0912

CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2023, a copy of the foregoing Trustee's Application to Appoint was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

US Trustee
Richard West
Donald Harper II

And on the following by ordinary U.S. Mail addressed to:

Apollonia Opoku
4147 Fox Run Trace
Apt. 9
Cincinnati, Ohio 45255

And on the following attached by ordinary U.S. mail addressed to:


                                                   */s/ Eric W. Goering*
                                                   Eric W. Goering